In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-21-00014-CV
_____

### LUIS MORALES PEREZ, Appellant

### V.

### JAVIER LOPEZ FRANCISCO, JOHN DOE, PUMPCO INC., DEMETRIO GONZALEZ, AND MASTEC INC., Appellees

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-04-05322-CV**

### MEMORANDUM OPINION

Appellant Luis Morales Perez filed a motion to dismiss this appeal. This motion is voluntarily made by Perez prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 9, 2021
Opinion Delivered June 10, 2021

Before Golemon, C.J., Horton and Johnson, JJ.